UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN M. VAN ORSDOL,

    Plaintiff,

v.

CAROLYN W. CAROLYN, Acting Commissioner of Social Security,

    Defendant.

Case No. C13-601-RSL

**ORDER AFFIRMING THE COMMISSIONER**

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support of and opposition thereto, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The final decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

Dated this 23rd day of January, 2014.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER AFFIRMING THE COMMISSIONER - 1